Case 2:22-cr-00135-KJM   Document 13   Filed 06/09/22   Page 1 of 1

FILED
June 9, 2022
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

NEFTALI CASTILLO MONTES

    Defendant.

Case No. 2:22-MJ-0086-JDP

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release NEFTALI CASTILLO MONTES Case No. 2:22-MJ-0086-JDP Charges 21 USC § 846, 841(a)(1) from custody for the following reasons:

_____ Release on Personal Recognizance

_____ Bail Posted in the Sum of $ _____

__X__ Unsecured Appearance Bond $ 25,000.00

_____ Appearance Bond with 10% Deposit

_____ Appearance Bond with Surety

_____ Corporate Surety Bail Bond

(Other): Defendant's release is delayed until the titles of two vehicles have been surrendered to the Clerk, USDC, Eastern District of California.

Issued at Sacramento, California on June 9, 2022 at 2:14 PM

By: _____
Magistrate Judge Jeremy D. Peterson